SEALED
UNSEALED 5/23/07
E-FILED
Wednesday, 23 May, 2007 04:49:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION



FILED
SEP 24 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| JOHN DOE-4 and JOHN DOE-5 by their Mother And Next Friend, JANE DOE-4/5, and JANE DOE-4/5<br><br>Plaintiffs,<br><br>v.<br><br>BRADY SMITH, LOUIS DALTON, ARLENE BLANK DIANNE SHEPARD, CHARLES DRAKE KATHRYN FLETCHER, MICHAEL CAIN, DONALD L. HANSEN, CAROL STACK, and CHAMPAIGN COMMUNITY SCHOOL DISTRICT NO. 4 BOARD OF EDUCATION,<br><br>Defendants. | Case No.: 02-2117<br>EQUITABLE RELIEF SOUGHT |

## ORDER

The Court being apprised of the proceedings in the above referenced matter hereby orders the following:

That on October 1, 2003, beginning at 9:00 a.m. Defendant BRADY SMITH shall be deposed at Pontiac Correctional Facility by attorneys Ellyn J. Bullock and Mary Lee Leahy for the Plaintiffs and attorneys Timothy Young and Howard Small for the Defendants LOUIS DALTON, ARLENE BLANK, DIANNE SHEPARD, CHARLES DRAKE, JOSEPH TOMLINSON, KATHRYN FLETCHER, MICHAEL CAIN, DONALD HANSEN, CAROL STACK and CHAMPAIGN COMMUNITY SCHOOL DISTRICT NO. 4 BOARD OF EDUCATION.

WHEREFORE, Pontiac Correctional Facility shall provide for deposition of inmate Defendant BRADY SMITH on October 1, 2003, beginning at 9:00 a.m.

September 23, 2003
DATE

s/David G. BErnthal
JUDGE