

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 23, 2007

| | | |
|---|---|---|
| Ellyn J. Bullock<br>NALLY BAUER ET AL<br>309 W Clark<br>P. O. Box 227<br>Champaign, IL 61824-0227 | Mary Lee Leahy<br>LEAHY LAW OFFICES<br>308 E Canedy<br>Springfield, IL 62703-2202 | Brady Smith<br>609 S Hillsdale<br>Peoria, IL 61604 |
| Darcy L. Proctor or<br>Parker H. Johnson<br>ANCEL GLINK ET AL<br>Suite 600<br>140 S Dearborn St.<br>Chicago, IL 60603 | Gary B. Zak or<br>Timothy J. Young<br>CHILTON YAMBERT ET AL<br>Suite 2400<br>150 S Wacker Dr.<br>Chicago, IL 60606 | Howard W. Small<br>ANSEL & SMALL LTD.<br>Suite 3A<br>41 E University Ave.<br>P. O. Box 468<br>Champaign, IL 61824-0468 |

RE: DOE v. SMITH ET AL
CASE NO. 02-2117

Dear Counsel of Record and Mr. Smith:

The Clerk of the U. S. District Court has in its possession **plaintiff's Sealed Document #58, defendants Dalton, Blank, Shepard, Drake, Fletcher, Cain, Hansen, Stack, Champaign Community, and Tomlinson's Sealed Motion #63, plaintiff's Sealed Motion #94, defendants Dalton, Blank, Shepard, Drake, Fletcher, Cain, Hansen, Stack, Champaign Community, and Tomlinson's Sealed Response #96.**

If you wish to have any of these documents returned to you, please notify the Clerk within ten (10) working days, by **June 7, 2007**. If the Clerk has not heard from you by that deadline, the documents will be shredded by the Clerk.

Sincerely,

s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/vlb